AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* ONE (1) SILVER IPHONE SE WITH IMEI 353792083688825; | Case No. 22-495 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Western    District of    Pennsylvania
*(identify the person or describe the property to be searched and give its location)*:

See attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    April 8, 2022    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Duty Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    03/25/2022 8:45 am    _____
                                                                                        *Judge's signature*

City and state:    Pittsburgh, Pennsylvania    Honorable Patricia L. Dodge
                                                                               *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>22-495 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____      _____<br>                                                                                *Executing officer's signature*<br><br>                                                    _____<br>                                                                  *Printed name and title* |

## ATTACHMENT A

*Items to Be Searched*

One (1) Silver iPhone with IMEI 352019078245440; one (1) Silver iPhone SE with IMEI 353792083688825; one (1) Blue Verizon Kyocera flip phone; and two (2) Black Verizon Samsung SM-B311V cellular telephones. These phones were lawfully obtained by law enforcement during the execution of a search warrant in Penn Hills, PA on December 7, 2018. The devices are currently in the custody of the FBI Pittsburgh Field Office, 3311 E. Carson Street, Pittsburgh, PA 15203.

## ATTACHMENT B

*Items to Be Seized*

All records, fruits, and evidence described in Attachment A that relate to violations of Title 21, United States Code, Sections 841(a)(1) and 846, including those items described in Section I below.

## SECTION I

1. Records relating to the distribution of controlled substances, travel for the purpose of acquiring and/or distributing controlled substances, and to monetary transactions involving the proceeds from the sale of controlled substances;

2. Names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances and the criminal use of communication facilities;

3. Records indicating travel in interstate and foreign commerce, such as maps, GPS coordinates, navigation coordinates, travel itineraries, plane tickets, boarding passes, motel and hotel receipts, passports and visas, credit card receipts, and telephone bills and related communications;

4. Records which provide evidence of control or ownership of the communication device;

5. Records related to acquiring and distributing illegal drugs and proceeds, including incoming and outgoing call and text message logs, contact lists, photo and video galleries, sent and received text messages, online searches and sites viewed via the internet, online or electronic communications sent and received (including email, chat, and instant messages), sent and received audio files, navigation, mapping, and GPS files, telephone settings (including contact lists), and

9

related identifying information such as telephone identification numbers, call forwarding information, messages drafted but not sent, and voice messages;

      6.      Any documentation, operating logs and reference manuals regarding the operation of the storage devices;

      7.      Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the storage devices or data to be searched;

      8.      Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the storage devices or data;

      9.      Any passwords, password files, test keys, encryption codes or other information necessary to access the storage devices or data.

The examination of electronic information may require authorities to employ techniques, including but not limited to, computer-assisted scans of the entire medium, which might expose many parts of the CASH, JR devices to human inspection in order to determine whether it is evidence described in the warrant.